Douglas R. Weider
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 500
Florham Park, NJ 07932
(973) 360-7900

OF COUNSEL:

Richard C. Pettus
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, NY 10166
(212) 801-9200

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ACROTECH BIOPHARMA LLC. and CYDEX PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, LTD. and ALEMBIC PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 20-cv-19295 <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Defendants Alembic Global Holding SA, Alembic Pharmaceuticals, Ltd. and Alembic Pharmaceuticals, Inc., (collectively, "Defendants") and Acrotech Biopharma LLC. and Cydex Pharmaceuticals, Inc., (collectively, "Plaintiffs") by and through their Attorneys having agreed

to a Stipulation Extending Time for Defendants to Answer or Otherwise Move;

IT IS on this ___2nd___ day of ~~May~~ June 2021,

STIPULATED AND AGREED that the time for Defendants to answer or otherwise move in response to the Complaint is hereby extended up to and including June 7, 2021.

Dated: May 25, 2021

/s/ Rebekah R. Conroy
Rebekah R. Conroy, Esq.
rconroy@stoneconroy.com
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
*Attorneys for Plaintiffs*

/s/ Douglas R. Weider
Douglas R. Weider, Esq.
weiderd@gtlaw.com
GREENBERG TRAURIG, LLP
200 Campus Drive, Suite 500
Florham Park, NJ 07932
*Attorneys for Defendants*

SO ORDERED.

_____
Honorable Zahid N. Quraishi, U.S.M.J.

2